**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**HARRY POST**                                                                                      **PLAINTIFF**

**VS.**                                           **4:20-CV-00017-BRW**

**MARTIN, *ET AL.***                                                                          **DEFENDANT**

## ORDER

On January 6, 2020, Plaintiff, who is an inmate at the jail Nevada County, Arkansas, filed a motion to proceed *in forma pauperis* and a complaint.  The named Defendants are all officers with either the Nevada County Sheriff's Department or Police Department.

Nevada County, Arkansas is in the Western District of Arkansas.  The interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a) and 28 U.S.C. § 1391(e).  The Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas, Texarkana Division.

IT IS SO ORDERED this 7th day of January, 2020.


Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE